IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-40356
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMILY ROBBINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Southern District of Texas

_____

(USDC No. B-00-CR-319-1)
July 11, 2002

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

 AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

 * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.